UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re LINDA A. ROVAI. | Case No. 21-cv-06062-HSG |
|---|---|
| | **JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.  The Clerk shall enter judgment against Petitioner and close the case.

**IT IS SO ORDERED.**

Dated:  September 13, 2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge